Case No. 23-mj-41-01-AJ

## Return of Tracking Warrant With Installation

1. Date and time tracking device installed: _____

2. Dates and times tracking device maintained: _____

3. Date and time tracking device removed: _____

4. The tracking device was used from *(date and time)*: _____

   to *(date and time)*: _____.

## Return of Tracking Warrant Without Installation

1. Date warrant executed: 3/2/2023

2. The tracking information was obtained from *(date and time)*: 3/2/2023 w/ RF  3:45 pm

   to *(date and time)*: 4/17/2023.

## Certification

I declare under the penalty of perjury that this return is correct and was returned along with the original warrant to the designated judge.

Date: _____03/02/2023_____

_____[signature]_____ #1207
*Executing officer's signature*

____Michael Petrillo  WMSP____
*Printed name and title*